456 A.2d 1094

In Interest of D.C.

Appeal of J.C.

* DiSALLE, J. did not participate in the consideration or decision of this case.

Argued October 18, 1982. J.C., appellant, in propria persona; David M. McGlaughlin, for appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment affirmed.